In re A MINOR CHILD

High Court of American Samoa
Trial Division

JUV No. 68-87

May 12, 1987

Before REES, Chief Justice, LUALEMAGA, Associate
Judge, and TUIAFONO, Associate Judge.

Counsel: For Petitioners, Isalei Iuli

Although the natural parents have consented to
this petition for the termination of their parental
rights, we cannot grant the petition. The
petitioners are 64 and 58 years old, and the
natural parents are much younger. Although the
testimony and the child service protection reports
varied somewhat on how long the child had been
living with the petitioners, it appears that for
most of his ten years he has lived with his natural
parents. (For several years the natural parents
were residing with the petitioners.) The child is,
of course, free to live with the petitioners, to
regard them as his adoptive parents for all
purposes relevant to Samoan custom, and to give
them the love and respect that are owing to

138

parents. A voluntary "fa'a Samoa adoption" does not require the approval of the Court. The only thing that would be gained by a _legal_ adoption would be higher Social Security benefits for the petitioners, and in return the child would have to give up all future rights of support from his adoptive parents. We do not believe this to be in the best interest of the child.

The action is dismissed.